# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY CAROL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 1:16-cv-02522-TWP-TAB |
| vs. | ) |
| | ) Honorable Judge Tanya Walton Pratt |
| | ) |
| MED-BILL CORPORATION, | ) Magistrate Judge Tim A. Baker |
| | ) |
| Defendant, | ) |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that the above-captioned action is dismissed, with prejudice against the defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated: April 19, 2017                                          Respectfully Submitted,

/s/ Todd J. Kaiser                                              /s/ Daniel M. Spector
Todd J. Kaiser                                                   Daniel M. Spector
Counsel for Defendant                                     Counsel for Plaintiff
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.   Consumer Law Partners, LLC
111 Monument Circle                                         435 N. Michigan Avenue
Suite 4600                                                          Suite 1609
Indianapolis, IN 46204                                       Chicago, IL 60611
Phone: (317) 916-1300                                      Phone: (267) 422-1000
Email: Kaiser@ogletreedeakins.com             Fax: (267) 422-2000

## **CERTIFICATE OF SERVICE**

  I, Daniel M. Spector, an attorney, certify that on April 19, 2017, I caused the foregoing **Agreed Stipulation of Dismissal with Prejudice** to be served upon the Defendant, Med-Bill Corporation, via the Court's electronic notification system, CM/ECF.

             /s/ Daniel M. Spector
             Daniel M. Spector, Esq. #6310224
             David S. Klain, Esq. #66305
             Counsel for Plaintiff
             Admitted in the Southern District of Indiana
             Consumer Law Partners, LLC
             435 N. Michigan Ave., Suite 1609
             Chicago, Illinois 60611
             (267) 422-1000 (phone)
             (267) 422-2000 (fax)