# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DOROTHY CAROL JONES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) CASE NO.: 1:16-cv-02522-TWP-TAB |
| MED-BILL CORPORATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Dorothy Carol Jones, by counsel, and Defendant, Med-Bill Corporation, by counsel, having filed with this Court their Agreed of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action be and the same is hereby dismissed, with prejudice.

Date: 4/20/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Daniel M. Spector
David S. Klain
CONSUMER LAW PARTNERS, LLC
435 North Michigan Avenue, Suite 1609
Chicago, IL  60611
Email:  davidklain@aol.com
Email:  Daniel.s@consumerlawpartners.com

Todd J. Kaiser
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Email:  Kaiser@ogletreedeakins.com